# ELECTRONIC RECORD

COA # 14-13-00921-CR

OFFENSE: Robbery

STYLE: Marque Jamal Coleman v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 174th District Court

DATE: April 16, 2015    Publish: No

TC CASE #:1347307

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Marque Jamal Coleman v The State of Texas

CCA # _____

_____ APPELLANT'S    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED _____

DATE: ___08/26/2015___

JUDGE: ___Per Curiam___

CCA Disposition: ___551-15___

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**